UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80183-CIV-HURLEY/HOPKINS

ANTHONY BUSH, et al.,

    Plaintiffs,

v.

QUALITY MOVING AND STORAGE, INC., et al.,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE comes before the court following the court's order granting plaintiffs' motion for judgment of default.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

The plaintiffs, Anthony Bush and Thomas Strachan, are awarded the sum of $6,250.00 (six thousand two hundred and fifty dollars and zero cents), together with post-judgment interest at the rate of 2.23%, against defendants Quality Moving and Storage, Inc. and Stephen E. Costa, for which let execution issue.

DONE and SIGNED in Chambers at West Palm Beach, Florida this _12_ day of February, 2008.

                                    Daniel T. K. Hurley
                                    United States District Judge

*Copies furnished to counsel of record*